# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL L. YBARRA and GABRIEL B. YBARRA | Case No. 2:11-cv-00829-KJD-GWF |
| Plaintiffs, | |
| vs. | **ORDER** |
| HOME 123 CORP., *et al*., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' Request for Judicial Review (#22), filed July 28, 2011.  This filing appears to be intended as a response to the pending motion to dismiss (#8).  Near the end of the request, however, Plaintiffs ask the Court to "subpoena the records of Juan Pardo, [sic] and the records of Carla Tinoco and the accounting information of Deutsche National Trust Company ...." Pl.'s Mot. (#22) at 4:5-9.  To the extent Plaintiffs seek discovery, the request is premature as the Court has not entered a scheduling order and discovery plan.  Further, a prior court order is not required for issuance of a subpoena once discovery begins.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Request for Judicial Review (#22) is **denied**.

Dated this 2nd day of August, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**