# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL L. YBARRA and GABRIEL B. YBARRA,<br><br>        Plaintiffs,<br><br>vs.<br><br>HOME 123 CORP., *et al*.,<br><br>        Defendants. | Case No. 2:11-cv-00829-KJD-GWF<br><br>**ORDER** |

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed May 20, 2011. Defendant filed a Motion to Dismiss (#8) on July 5, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **October 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 27th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge